AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT JOSEPH DALE CLINKENBEARD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18-mj-224<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 2018 through June 26, 2018.  in the county of  Dickinson  in the
 Northern  District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1), 924(a)(2) | felon in possession of firearms |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DNE Special Agent Nathan Ewalt
*Printed name and title*

Sworn to before me and signed by telephonic or other reliable electronic means.

Date: 6-26-2018

_____
*Judge's signature*

City and state:   Sioux City, Iowa

Kelly K.E. Mahoney, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Agent Nathan Ewalt, duly sworn upon oath do solemnly state as follows:

1. I, Nathan Ewalt, am employed as a Special Agent with the Iowa Department of Public Safety, Division of Narcotics Enforcement. I have been assigned to the Division of Narcotics Enforcement since November of 2014. Prior to my transfer to the Division of Narcotics Enforcement, I was assigned to the Division of Criminal Investigations, Major Crime Unit, from March 2008 until November 2014. I was assigned as a Special Agent to the Gaming Bureau from October 2006 to March 2008. Prior to being hired as a Special Agent with the Iowa Department of Public Safety, I was a Police Officer in Minneapolis, MN and Mason City, IA. I have graduated from certified basic academy training classes in Iowa and Minnesota, and have completed several training courses on various law enforcement topics during my 22 year career. Throughout my career, I have gained experience regarding several types of investigations to include narcotics, weapons violations, homicide, and other crimes, either as the case agent or as an assisting agent. I have been tasked as the lead/case agent for these different types of investigations at the state level and federal level.

2. I, along with other officers, have conducted an investigation into the distribution of methamphetamine and possession of firearms by a convicted felon in Dickinson County, involving ROBERT JOSEPH DALE CLINKENBEARD, a/k/a "Bobby, (DOB: ██████████). During the investigation, I have learned the following:

3. On September 20, 2017, Officer Scott Colt with the Spirit Lake Police Department utilized a confidential source, C.S. [hereinafter "CS#1"] to conduct a controlled buy of marijuana from CLINKENBEARD. CS#1

1

purchased seven grams of marijuana from CLINKENBEARD. The controlled buy occurred at CLINKENBEARD'S apartment located at ▉▉▉▉ ▉▉▉▉▉▉▉▉▉, in Milford, IA. Milford, Iowa, is located in the Northern District of Iowa.

4. On May 11, 2018, Officer Jesse Miller of the Spirit Lake Police Department spoke with a concerned citizen, who also owned a business in Spirit Lake. The concerned citizen told Officer Miller he had met ROBERT "BOBBY" CLINKENBEARD about seven to eight months prior, when CLINKENBEARD starting stopping at his business. The concerned citizen told Officer Miller that CLINKENBEARD had eventually offered to sell him illegal narcotics such as methamphetamine, marijuana, mushrooms, & prescription pills. The concerned citizen also told Officer Miller that CLINKENBEARD had also bragged about how he could get firearms to sell from the internet, (Dark Web), and was currently in the process of purchasing a firearm from the internet, (Dark Web). The concerned citizen told Officer Miller that as recently as May 8, 2018, CLINKENBEARD had offered to sell him prescription pills. The concerned citizen told Officer Miller he did not want CLINKENBEARD to keep coming into his shop talking about selling drugs because he was not involved in that and didn't want that around his shop. The concerned citizen told Officer Miller and he would assist law enforcement in any way possible including signing up as a confidential source and purchasing narcotics from CLINKENBEARD if it helped. Later that same day, Officer Miller contacted me by phone and filled me in on what the concerned citizen had told him and asked for assistance with the investigation.

5. On May 12, 2018, I met with Officer Miller at the Spirit Lake Police Department. A check of CLINKENBEARD's criminal history showed he was a convicted felon. CLINKENBEARD was convicted of a felony charge of unlawful gatherings where controlled substances are used in Clay County on March 20, 2006. CLINKENBEARD was also convicted of a felony charge of possession of a controlled substance, third or subsequent offense, in Clay County on February 10, 2014. Copies of both felony convictions were later obtained from the Clay County Clerk of Courts Office in Spencer, IA.

6. On May 12, 2018, Officer Jesse Miller of the Spirit Lake Police Department, signed up the concerned citizen as a confidential source, (CS). The concerned citizen will be referred to as CS#2 for the remainder of this complaint. Later that same day, CS #2 conducted a controlled purchase from CLINKENBEARD in Milford, IA. CS#2 and CLINKENBEARD communicated by text messaging, and had agreed to meet that day, at which time CS#2 would purchase one ounce of marijuana for four hundred dollars, ($400.00), and purchase 400 mg of cold water extracted hydrocodone for four hundred dollars, ($400.00). CS#2 met with CLINKENBEARD at the Scoreboard Lounge in Milford and subsequently purchased the marijuana and a PowerAde bottle that contained the cold water extracted hydrocodone for the eight hundred dollars, ($800.00), utilizing pre-serialized United States currency provided by law enforcement. CLINKENBEARD told CS#2 that there were 35 shots of cold water extracted hydrocodone in the bottle and each shot or dose was 12.5 mg. During this controlled transaction, CLINKENBERAD also told CS#2 that he had just sold a .40 caliber handgun that he had previously received. I assisted with the controlled purchase from CLINKENBEARD.

3

7. On May 15, 2018, CS#2 attempted to contact Officer Miller of the Spirit Lake Police Department, and report uncontrolled contact he had with CLINKENBEARD at his shop, but Officer Miller was unavailable. CS#2 knew Lake Park Police Chief Tony Urwin, and contacted him. CS#2 reported he had uncontrolled contact with CLINKENBERAD, when CLINKENBERAD walked into his shop unexpectedly that morning. CS#2 reported that CLINKENBEARD gave him a baggy containing approximately one ounce of marijuana and told him he needed money and he owed him three hundred and ninety dollars, ($390.00), for the marijuana. Since Officer Miller was unavailable to meet with CS#2 at the time of his call, Spirit Lake Police Chief Urwin took custody of the marijuana from CS#2. URWIN met with Officer Miller a short time later and turned the baggy of marijuana over to Officer Miller. Officer Miller weighed the bag which was just over one ounce and placed it into evidence. Officer Miller contacted CS#2 and interviewed him about the earlier uncontrolled contact with CLINKENBEARD and also had CS#2 contact CLINKENBEARD about setting up a time to pay him. Later that same day, Officer Miller conducted a controlled payment of three hundred and ninety dollars, ($390.00), for the marijuana and also had CS#2 make a controlled purchase of two grams of cocaine from CLINKENBEARD for one hundred dollars, ($100.00). CS#2 met with CLINKENBEARD at the Scoreboard Lounge in Milford, and subsequently made the payment and purchase of cocaine for a total of four hundred and ninety dollars, ($490.00), to CLINKENBEARD, utilizing pre-serialized United States currency provided by law enforcement. I was not present for this transaction.

8. On June 5, 2018, Officer Jesse Miller of the Spirit Lake Police Department, utilizing CS #2, conducted another controlled purchase from CLINKENBEARD and made a controlled payment of cash to

4

CLINKENBEARD in Milford, IA. CS#2 and CLINKENBEARD communicated by email, during the previous week, where CLINKENBEARD had sent photos of an AR-15 rifle to CS#2 and asked CS#2 if he wanted to purchase it. CLINKENBEARD told CS#2 he wanted seven hundred fifty dollars, ($750.00), up front and then another seven hundred and fifty dollars upon delivery of the rifle. CS#2 had also agreed to purchase three fourths of an ounce of marijuana from CLINKENBEARD for two hundred seventy five dollars, ($275.00). CS#2 met with CLINKENBEARD at the Scoreboard Lounge in Milford. Investigators observed CLINKENBEARD walk out of the front/main apartment doors of ~~[redacted]~~ and walk to the Scoreboard Lounge. CS#2 met with CLINKENBEARD and subsequently purchased approximately one ounce of marijuana and made the down payment on the rifle for one thousand twenty five dollars, ($1,025.00), utilizing pre-serialized United States currency provided by law enforcement. During the controlled transaction with CLINKENBEARD, he told CS#2 the rifle he was going to sell him was not an AR-15 rifle but an assault-type shotgun that contained a twelve round magazine for shotgun shells. CS#2 and CLINKENBEARD agreed to meet in a couple of days. I assisted with this controlled transaction.

9. On June 7, 2018, at approximately 4:10 p.m., CLINKENBERAD arrived at CS#2's shop in Spirit Lake, IA by taxi. CLINKENBEARD was observed carrying a duffel style bag into the CS#2's shop. CLINKENBEARD was observed by camera removing an SKS rifle, with a collapsible stock, from the duffel bag. CS#2 subsequently purchased a Norinco SKS 7.62 X 39 rifle, along with approximately three and one half grams of methamphetamine, a small amount of marijuana, and a suboxone patch for seven hundred and fifty dollars, ($750.00), utilizing pre-serialized United States currency provided by law enforcement. This

5

transaction was video and audio recorded. I also assisted with this controlled transaction.

10. On June, 8, 2018, Officer Miller with the Spirit Lake Police Department was contacted by Milford Police Assistant Chief Matt Mhyre. Mhyre told Miller that he had been contacted by a male who provided his name, etc., who had recently listed a rifle on an internet web page called Arms List, to try and sell the rifle. The male told Mhyre that he was contacted by ROBERT CLINKENBERAD, who wanted to purchase the rifle. The male said he met with and sold CLINKENBEARD the rifle on June 7, 2018. The male said on June 8, 2018, he was at work talking about selling the firearm, when a co-worker told him that CLINKENBEARD was a convicted felon and couldn't possess a firearm. The male said he did some checking and did confirm that CLINKENBEARD was in fact a felon. The male said he went to CLINKENBEARD'S apartment located at ▓▓▓ ▓▓▓▓▓▓▓▓▓ in Milford and met with CLINKENBEARD. The male said CLINKENBEARD told him that he used to be a felon but the Governor had pardoned him for his crimes. The male said he told CLINKENBEARD that if that was true they could meet at a local gun shop and complete the sale through an FFL gun dealer. The male said CLIBNKENBEARD did not want to do that. The male said he told CLINKENBEARD that if he did not give him the rifle back he would contact the police. The male said CLINKENBEARD agreed to give the rifle back and stepped out of his apartment and retrieved the rifle from inside of a latched closet type door next to his apartment door, in the apartment hallway. The male said CLINKENBEARD retrieved the rifle and gave it back to him. The male said he gave CLINKENBEARD his money back and then left the apartment. The male said CLINKENBEARD appeared to be on drugs and figured he would try and get another firearm from someone or someplace and so he contacted

6

Assistant Chief Myhre about the incident. Officer Miller met with the male and interviewed him about the incident also. The male provided Officer Miller a photograph of the rifle he sold and recovered from CLINKENBEARD. Officer Miller observed the photograph appeared to be the same picture CLINKENBEARD had sent CS#2 on June 7, 2018, after CS#2 purchased the SKS rifle, earlier that same day. CLINKENBEARD was offering to sell the camouflaged rifle to CS#2.

11. On June 12, 2018, I conducted a proffer interview with a subject that is currently under federal indictment for drug and weapon charges. During the proffer, the subject talked about CLINKENBEARD and identified him by a photo. The subject said CLINKENBEARD was a regular customer of his that would purchase one to two ounces of methamphetamine a month. The subject said CLINKENBEARD also sold drugs on his own time and said CLINKENBEARD also sold drugs for Jason Sassman. The subject described where CLINKENBEARD lived in Milford, IA. The subject said CLINKENBEARD was good friends with Travis Mattson and described them as both having knowledge about computers. The subject told us that both CLINKENBEARD and Mattson had previously asked him if he wanted guns, but didn't ever get any guns from either of them. The subject did say he accompanied Chris Smith to CLINKENBEARD'S apartment around August of 2017 and witnessed Smith trade three and one half grams of methamphetamine to CLINKENBEARD for a nine millimeter handgun, which had the serial numbers removed. Smith is also a convicted felon. The subject said he did not see any other firearms in CLINKENBEARD's apartment when he was there with Smith. The subject told us he thought CLINKENBEARD was getting his guns from a male and female, who he thought were boyfriend and girlfriend, that worked at a vacuum shop in in Spirit Lake and they reported there was some connection to Colorado. The subject did not know their names but

7

described the male as a big guy with long hair, and the female as looking like a stripper with blonde hair. The subject said the male and female also had a pit bull dog.

12. On June 13, 2018, Officer Jesse Miller and I transported the SKS rifle CS#2 purchased from CLINKENBEARD on June 7, 2018, to Des Moines, IA. We were transported the rifle to meet with ATF Special Agent Charles Mulherin, to have him conduct a Nexus check on the rifle. We met with SA Mulherin who examined the Norinco SKS rifle. SA Mulherin generated a report stating the Norinco SKS rifle was not manufactured in the state of Iowa.

13. On June 22, 2018, Officer Miller, Clay County Sheriff's Lt. Casey Timmer, and I all received an email from Dickinson County Sheriff's Investigator Hilary Henningsen. Henningsen wrote in her email that the Sheriff's Office had been contacted by an employee from Treatstock, which is a company that provides 3D scanning, 3D design, as well as rendering of products and other services. The employee from Treatstock reported that ROBERT CLINKENBEARD attempted to 3D print a lower receiver for an AR 15 and/or AR 10 rifle. The employee reported the company does have an App and a website that allows 3D printing but not for these items, thus it flagged his attempts. The employee reported CLINKENBEARD attempted several times and he also attempted to change his name. The employee said CLINKENBEARD provided the address of ▓▓▓▓▓▓▓▓ ▓▓▓▓▓, in Milford, IA. The employee requested law enforcement to see if he had a license and to check into his activities. The employee provided her name and telephone number.

14. On June 25, 2018, Officer Jesse Miller of the Spirit Lake Police Department presented a Judge a state arrest warrant charging

8

CLINKENBEARD with delivery from the controlled purchase in September of 2017 and a state search warrant for CLINKENBEARD'S apartment located at ~~[redacted]~~ in Milford, IA. Both the arrest warrant and search warrant were granted and signed by the Judge.

15. On June 25, 2018, CS#2 and Officer Miler arranged to have CLINKENBEARD meet CS#2 back at his shop in Spirit Lake to purchase another rifle from CLINKENBEARD. CS#2 was directed to lock his business doors early or prior to CLINKENBEARD arriving. Law enforcement set up surveillance around CLINKENBEARD'S apartment, as well as in Spirit Lake. CLINKENBEARD arrived at CS#2's shop in Spirit Lake and entered the business, due to the front door not being locked. CS#2 notified Officer Miller by text message that CLINKENBEARD had just arrived at his shop and was inside of the business. CLINKENBEARD walked into the business carrying a black hard shell rifle case. Spirit Lake Police Officers arrived a short time later, entered the business, and placed CLINKENBEARD under arrest for his warrant. After CLINKENBEARD was in custody, other investigators served the search warrant at CLINKENBEARD'S apartment in Milford, IA. Investigators located an AR-15 style rifle outside of the black hard shell case, and several parts and magazines for a rifle, still in the hard shell case. CS#2 told Officer Miller that CLINKENBEARD removed the AR-15 from the rifle case and placed a magazine with rounds into the rifle. CS#2 said CLINKENBEARD then handed him the rifle at which time he removed the magazine with the rifle rounds in it and replaced the loaded magazine with an empty magazine. CS#2 then walked to the front of his shop as Officers entered and went to the back of the shop to arrest CLINKENBEARD. CLINKENBEARD also had approximately one and one half grams of suspected methamphetamine in his shorts pocket, which was located after he was placed under arrest. CS#2 provided surveillance video of CLINKENBEARD entering his shop carrying the black hard shell case containing the AR-15 rifle, ammunition, magazines, and other rifle parts. CLINKENBEARD was Mirandized and transported to the Dickinson County jail, shortly after his arrest. Prior to being transported to the jail, CLINKENBEARD accused the Officers of "Planting" the methamphetamine in his shorts pocket. Officer Miller and I took custody of the Rifle, the rifle magazine containing rifle ammunition, methamphetamine, rifle case containing magazines and other rifle parts, as well as CLINKENBEAD's other property that was on his person

9

including cash, wallet, and cell phone. Those items were secured at the Spirit Lake Police Department. Officer Jesse Miller and I attempted to interview CLINKENBEARD at the jail after his arrest, but he denied having possession of any rifles, and would not answer any questions about the methamphetamine found on his person. During our contact with CLINKENBEARD he was sweating profusely and had a hard time concentrating and would ask me to repeat my question, after he sat in silence for a while. CLINKENBEARD would not answer when the last time was he used methamphetamine was either. CLINKERBEARD was able to tell me where he was at, where he had been arrested at, and told me he had recently got a new tattoo on his left forearm that he described as a cover up.

16. Investigators then searched CLINKENBEARD's apartment pursuant to the signed search warrant and located a 3D printer that appeared to be making a lower receiver for a rifle, 33 pages of copies of attempts at counterfeit United State currency, four cut outs of counterfeit bills of United States currency, several ripped-off half counterfeit bills of United States currency, and multiple items of paraphernalia including pipes, among other things. All items were seized and secured by the Spirit Lake Police Department. The rifle that was seized from CS#2's business was a Windham Weaponry .223 model WWCF rifle, with an attached sight and mesh bag bullet catcher attached to it. The magazine that CS#2 reported CLINKENBEARD inserted into the rifle and that CS#2 removed from the rifle, prior to law enforcement entering his shop and arresting CLINKENBEARD contained twenty rounds of .223 ammunition. It appeared CLINKENBEARD also had the majority of parts for another rifle in the hard shell case, but was missing the lower receiver. The rifle case contained five additional rifle magazines. The meth found on CLINKENBEARDS person weighed just over one and one half grams.

In addition to CLINKENBEARD being a convicted felon, in my training and experience, individuals engaged in the distribution of narcotics typically use firearms to protect their drug supply and/or drug proceeds, and to intimidate others

Based on the above, the undersigned believes that there is probable cause to believe that ROBERT JAMES DALE CLINKENBEARD, a convicted

felon, unlawfully possessed numerous firearms, in violation of Title 18 USC, Section 922(g)(1), in the Northern District of Iowa.

Respectfully submitted,

_____
Nathan Ewalt
Special Agent
Iowa Division of Narcotics Enforcement

Subscribed and sworn to before me, this the 26th day of June, 2018, via telephone or other reliable electronic means pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
KELLEY K.E. MAHONEY
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

11